UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cr-60124 SMITH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT CHARLES CLARK,
JASON TODD FALEY,
JOSEPH ANTHONY CAVALLO, and
BENJAMIN CLARK HEATH,

        Defendants.
_____/

## UNITED STATES' MOTION FOR A STATUS HEARING

**COMES NOW**, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files this motion for a status hearing regarding the trial presently scheduled as to defendants Robert Charles Clark, Joseph Anthony Cavallo, Jason Todd Faley, and Benjamin Heath on May 9, 2022. As grounds for this request, the government states:

    1.    This matter is currently set for trial on May 9, 2022.

    2.    Pursuant to the Court's order, Mr. Hursey, who represents Defendant Cavallo has represented to the Court and the United States that he will be starting a death penalty case on Monday, May 2 in Broward County.

    3.    This Court has previously issued orders regarding the transportation and appearance of a witness at trial for the United States, Dr. Bernard Ogon. Dr. Ogon, who was prosecuted by the District of New Jersey, is currently in the custody of the Bureau of Prisons. He has been sentenced but is currently serving his sentence under the Bureau of Prisons - Home

Confinement Program.

4. After conferring with a representative of the Bureau of Prisons and the U.S. Marshals Service the undersigned has been informed that Dr. Ogon will have to report back to custody to be transported. Despite this Court's order, he will not be held in a residential re-entry facility but rather will be held in jail until he is transported and will remain in a Broward County correctional facility during the trial. He will then be transported to the Federal Detention Center in Miami to wait for a U.S. Marshals' Service flight back to Philadelphia. He will be held in custody until the conclusion of both trials if the Court elects to continue Defendant Cavallo's matter.

5. I have spoken with Mr. Grillo on behalf of Defendant Faley concerning Dr. Ogon's testimony via Zoom. Mr. Joffe and Mr. McKamey on behalf of Defendant Heath have not responded to the undersigned's email.

WHEREFORE, for those reasons stated herein, the United States requests this Court grant the motion for a status hearing to resolve the status of this matter and Dr. Ogon's testimony.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/ Cynthia R. Wood*
CYNTHIA R. WOOD
Assistant United States Attorney
99 N.W. 4th Street
Miami, Florida 33132
Ph:  (305) 961-9185
Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 28, 2022, and provided notice electronically or otherwise to Michael D. Weinstein, Counsel for Robert C. Clark; Christopher Grillo, Counsel for Jason T. Faley; Michael Hursey, Counsel for Joseph A. Cavallo; and David Joffe and Patrick McKamey, Counsel for Benjamin C. Heath.

/s Cynthia R. Wood
Cynthia R. Wood
Assistant United States Attorney
